IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| **MIGUEL ANGEL GARZA-CASTRO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | )  **No.: 1:24-cv-01248-STA-jay** |
| **vs.** | ) |
| | )  **JURY DEMANDED** |
| **GARAMI KAMAL and KAMAL U.S. TRUCKING, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Peter C. Robison of the law firm of Lewis Thomason, P.C. as counsel for Defendants, Garami Kamal and Kamal U.S. Trucking, LLC, in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter Robison.

        Respectfully submitted:

        /s/ Peter Robison_____
        Peter C. Robison, BPR #27498
        424 Church Street, Suite 2500
        Nashville, TN 37219
        Phone: 615-259-1366
        probison@lewisthomason.com

        *Attorney for Defendants Garami Kamal & Kamal U.S. Trucking, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE has been served on counsel of record by Court's ECF system:

Gregory L. Gowan, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
ggowan@gowanlawgroup.com

David L. Jones, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
djones@gowanlawgroup.com

Andrea Taylor McKellar, Esq.
117 28th Avenue North
Nashville, TN 37203
andie@mckellarlawgroup.com

    This 13th day of June 2025.

                                            /s/ Peter Robison_____
                                             Peter C. Robison