IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | | |
|---|---|---|
| **MIGUEL ANGEL GARZA-CASTRO** § | | |
| *Plaintiff,* § | | |
| § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 1:24-CV-00209-II** | |
| § | | |
| **KAMAL U.S. TRUCKING, LLC and** § | | |
| **GARAMI KAMAL** § | | |
| *Defendants.* § | | |

## CERTIFICATE OF WRITTEN DISCOVERY

Plaintiff Miguel Angel Garza-Castro hereby files this Certificate of Written Discovery directed to Defendants Kamal U.S. Trucking, LLC and Garami Kamal pursuant to the applicable local rules and state that the discovery set forth below was served upon the following party on this the 11th day of July, 2025.

- Plaintiff's Requests for Admissions to Defendant Garami Kamal;
- Plaintiff's Requests for Production to Defendant Garami Kamal;
- Plaintiff's First Set of Interrogatories to Defendant Garami Kamal;
- Plaintiff's Requests for Admissions to Defendant Kamal U.S. Trucking, LLC;
- Plaintiff's Requests for Production to Defendant Kamal U.S. Trucking, LLC; &
- Plaintiff's First Set of interrogatories to Defendant Kamal U.S. Trucking, LLC.

Respectfully submitted,

**GOWAN LAW GROUP**
7301 S. Staples Street
Corpus Christi, Texas 78413
Telephone: (361) 651-1000

*/s/ David L. Jones*
**Gregory L. Gowan**
State Bar No. 00765384
ggowan@gowanlawgroup.com
**David L. Jones**
State Bar No. 24002370
Federal Bar No. 360459
djones@gowanlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2025, a true and correct copy of the foregoing pleading was served in accordance with the Federal Rules of Civil Procedure on the following:

**Via E-Service:**
John R. Tarpley
jtarpley@lewisthomason.com
J. Logan Punch
lpunch@lewisthomason.com
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: (615) 259-1395

/s/ *David L. Jones*
**David L. Jones**