UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number:<br>1:24-cv-01248-sta-jay | Case title:<br>Miguel Angel Garza Castro vs. Kamal U.S. Trucking, LLC |
|---|---|
| Plaintiff counsel:<br>David L. Jones and Andie McKellar | |
| Defendant counsel:<br>Peter C. Robison and J. Logan Punch | |
| Presiding Judge:<br>Judge S. Thomas Anderson | Mediator:<br>Darryl D. Gresham |

I, **Darryl D. Gresham**, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on **October 31, 2025**.

As a result of that mediation held on **October 31, 2025**.

[X] The case has settled in whole.

 [ ] Case settled prior to scheduling first mediation session.

 [X] Parties have agreed that **Mr. Robinson & Mr. Punch** will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

[ ] The case has not settled.

 [ ] Mediation will continue on _____.

 [ ] The parties may schedule another session at a later date.

 [ ] Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| David L. Jones, Esq.<br>Andie McKellar, Esq. | Peter C. Robison, Esq.<br>J. Logan Punch, Esq. |
|---|---|
| Date<br><br>**November 3, 2025** | Electronic signature of Mediator:<br><br>s/ **Darryl D. Gresham (#017380)** |