# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## JACKSON DIVISION

| | |
|---|---|
| **MIGUEL ANGEL GARZA-CASTRO,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | **No.: 1:24-cv-01248-STA-jay** |
| **vs.** ) | |
| ) | **JURY DEMANDED** |
| **GARAMI KAMAL and KAMAL U.S.** ) | |
| **TRUCKING, LLC,** ) | |
| ) | |
| **Defendant(s).** ) | |
| ) | |
| ) | |

## JOINT NOTICE OF RESOLUTION

Plaintiff MIGUEL ANGEL GARZA-CASTRO ("Plaintiff") and defendants GARAMI KAMAL and KAMAL TRUCKING, LLC (collectively "Defendants"), by and through counsel, hereby notify the Court that Plaintiff and Defendants have reached a resolution of all claims asserted by Plaintiff against Defendants related to the pending matter. The Parties are now working to execute appropriate documents to effectuate the settlement and to secure monetary funds for the settlement. The Parties believe they will be able to submit a stipulation of dismissal with the Court within the next thirty (30) days.

RESPECTFULLY SUBMITTED,

**LEWIS THOMASON, P.C.**

*/s/ J. Logan Punch*
John R. Tarpley, Esq. (BPR # 009661)
J. Logan Punch, Esq. (BPR # 041578)
Peter Robison, Esq. (BOR #27498)
direct line:  (615) 259-1395
424 Church Street, Suite 2500
Nashville, TN  37219
e-mail: jtarpley@lewisthomason.com
e-mail: lpunch@lewisthomason.com
e-mail: probison@lewisthomason.com

*Attorneys for Defendants Garami Kamal & Kamal U.S. Trucking, LLC*


*/s/ David L. Jones (Signed w/ Permission by J. Logan Punch)*
Gregory L. Gowan, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
ggowan@gowanlawgroup.com

and

David L. Jones, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
djones@gowanlawgroup.com

and

Andrea Taylor McKellar, Esq.
117 28th Avenue North
Nashville, TN 37203
andie@mckellarlawgroup.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Notice was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email.

  Gregory L. Gowan, Esq.
  555 N. Carancahua, Ste. 1400
  Corpus Christi, Texas 78401
  ggowan@gowanlawgroup.com

  David L. Jones, Esq.
  555 N. Carancahua, Ste. 1400
  Corpus Christi, Texas 78401
  djones@gowanlawgroup.com

  Andrea Taylor McKellar, Esq.
  117 28th Avenue North
  Nashville, TN 37203
  andie@mckellarlawgroup.com

This 25th day of November 2025.

                /s/ *J. Logan Punch*
                J. Logan Punch, Esq.