IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| **MIGUEL ANGEL GARZA-CASTRO,** ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> **GARAMI KAMAL and KAMAL U.S.** ) <br> **TRUCKING, LLC,** ) <br> ) <br> Defendant(s). ) <br> ) <br> ) | No.: 1:24-cv-01248-STA-jay <br><br> **JURY DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW plaintiff MIGUEL ANGEL GARZA-CASTRO and defendants GARAMI KAMAL and KAMAL TRUCKING, LLC, by and through their attorneys of record, stipulate that the above-styled action shall be and is dismissed WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(ii).

Dated this 5th day of December, 2025.

1

RESPECTFULLY SUBMITTED,

**LEWIS THOMASON, P.C.**

*/s/ J. Logan Punch*
John R. Tarpley, Esq. (BPR # 009661)
J. Logan Punch, Esq. (BPR # 041578)
Peter Robison, Esq. (BOR #27498)
direct line:  (615) 259-1395
424 Church Street, Suite 2500
Nashville, TN  37219
e-mail: jtarpley@lewisthomason.com
e-mail: lpunch@lewisthomason.com
e-mail: probison@lewisthomason.com

*Attorneys for Defendants Garami Kamal & Kamal U.S. Trucking, LLC*

*/s/ David Jones (Signed with permission by J. Logan Punch)*
Gregory L. Gowan, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
ggowan@gowanlawgroup.com

and

David L. Jones, Esq.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
djones@gowanlawgroup.com

and

Andrea Taylor McKellar, Esq.
117 28th Avenue North
Nashville, TN 37203
andie@mckellarlawgroup.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

>Gregory L. Gowan, Esq.
>555 N. Carancahua, Ste. 1400
>Corpus Christi, Texas 78401
>ggowan@gowanlawgroup.com
>
>David L. Jones, Esq.
>555 N. Carancahua, Ste. 1400
>Corpus Christi, Texas 78401
>djones@gowanlawgroup.com
>
>Andrea Taylor McKellar, Esq.
>117 28th Avenue North
>Nashville, TN 37203
>andie@mckellarlawgroup.com

This 5th day of December 2025.

>/s/ *J. Logan Punch*
>J. Logan Punch, Esq.