# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MIGUEL ANGEL GARZA-CASTRO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 1:24-cv-01248-STA-jay** |
| **vs.** ) | |
| ) | |
| **GARAMI KAMAL and KAMAL U.S.** ) | |
| **TRUCKING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court as evidenced by the signatures of the respective counsel for the parties appearing below, that plaintiff MIGUEL ANGEL GARZA-CASTRO has agreed to resolve all matters in controversy in this case and that defendants GARAMI KAMAL and KAMAL TRUCKING, LLC are intended to be discharged from any further liability to plaintiff MIGUEL ANGEL GARZA-CASTRO , including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, property damage liens, disability liens, or any other lien of any kind as well as other bills or costs.

Plaintiff shall be responsible for the payment of any and all liens, subrogation claims, med pay liens, health insurance liens, and health insurance claims from whatever sources which are related to the subject accident (including, Medicare, Medicaid and TennCare). Counsel for Plaintiff, by virtue of his signature below, has verified the Plaintiff's compliance with TCA §71-

1

5-117(g) and confirmed that there are no known subrogation claims of the State of Tennessee or any entity acting pursuant to TCA §71-5-117(f) that remain unaddressed and, further, that there are no Hospital Liens of record that remain unsatisfied. Plaintiff shall be responsible for and resolve any and all liens, subrogation interests, including, but not limited to, Medicare or TennCare liens or interest that are outstanding. It is accordingly,

**ORDERED** that defendants GARAMI KAMAL and KAMAL TRUCKING, LLC be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendants GARAMI KAMAL and KAMAL TRUCKING, LLC. All unpaid costs, if any, for this action are taxed to defendants GARAMI KAMAL and KAMAL TRUCKING, LLC c/o J. Logan Punch, Lewis Thomason P.C., 424 Church Street, Suite 2500, Nashville, Tennessee 37219, for which execution may issue if necessary.

IT IS SO ORDERED.

s/ S. Thomas Anderson  
S. THOMAS ANDERSON  
UNITED STATES DISTRICT JUDGE

Date:  December 5, 2025